UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                               Hon. Robert J. Jonker

v.

                                               Case No. 1:23-cr-00049-3

JAVON BRIDGEFORTH HOUSE,

      Defendant.

_____/

## **ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in a five count Indictment.  Count 1  charges him with conspiracy to  distribute  and possess with intent to distribute controlled substances, in violation of 18 U.S.C. § 846 and 841(a)(1); counts 3 and 4 charges defendant with distribution of methamphetamine, in violation of 21 U.S.C.§§841(a)(1) and 21:841(b)(1)(C); Count 9 charges him with possession with possession with intent to distribute methamphetamine, in violation  21 U.S.C.§§841(a)(1) and 21:841(b)(1)(C); and count 10 charges him with being a felon in possession of firearms, in violation of 18 U.S.C. § 922(g)(1).   Given the nature of the charges, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1) and that he poses a  risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A).  The Court conducted a hearing on May 2, 2023, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has rebutted the statutory presumption of detention as to significant risk of non-appearance, but that he has not rebutted the presumption regarding danger to the community.  The Court also finds, however, as explained on the record, that the government has met its burden by preponderant evidence that defendant poses of significant risk of nonappearance, and by clear and convincing evidence that he poses a danger to the community.  The Court further finds that there is no condition or combination of conditions that will ensure the safety of the community.  Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on May 2, 2023.

  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge